IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__Willie Harris 160192__ )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )
__III Warden Gile__ )
__L.T. Holland__ )
__Mr. Bruton Classification__ )
__Mrs. Morris Classification__ )
__Mrs. Brown Mail Clerk__ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2005 AUG -4 A 9: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. __2:05cv732-T__
(To be supplied by Clerk of
U.S. District Court) __2:05cv732-T__

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:
      Plaintiff(s) __Willie Harris 160192__

      Defendant(s) __S.G.T. Smith et. al__

   2. Court (if federal court, name the district; if state court, name the county) __United States Middle District Court Montgomery Al.__

3. Docket number 2:05 cv 115-T

4. Name of judge to whom case was assigned
   Mrs. Susan Russ Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Still pending

6. Approximate date of filing lawsuit Feb. 7, 2005

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Ventress Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. III Warden Gile  P.O. Box 767 Clayton AL 36016
2. Class Mr. Bruton  P.O. Box 767 Clayton AL 36016
3. Class Mrs. Moores  P.O. Box 767 Clayton AL 36016
4. L.T. Holland  P.O. Box 767 Clayton AL 36016
5. Mrs Brown Mail Clerk  P.O. Box 767 Clayton AL 36016
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 1, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: See Attachment Sheet

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____
_____
_____
_____
_____
_____

GROUND TWO: _See Attachment sheet_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Attachment Sheet_

_Willie Harris 160192_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _August 1, 2005_.
(Date)

_Willie Harris 160192_
Signature of plaintiff(s)

4