Attachment sheet

RECEIVED
2005 AUG -4 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ground One: Injunction for Denying P.C. 6-6-500; 503) Violation of An institution person. 42 USC 1985 AIR #207 Standard of Conduct of Correction Employee A.D.O.C (AR) #18 institution standard Operation procedures.

Supporting facts: On July 1, 2005 I was Transfer back to Ventress Correctional facility were I was Assaulted And had use of unnessary force on me by Several officers. I wrote July 5, 2005. <u>MR. Bruton</u> Request And <u>MRS Morris</u> Explaining to them both my life or in Danger At this prison. I would like to be place P.C. unto transfered. They both Refuse to even look into matter.

I talk with <u>III WARDEN Gile</u> July 21 2005 on yard. He never Answer my request forms. I Explain how my life is in Danger here living in SAME.

Attachment sheet

Dorm these officer's work every day. Officer Wright and other officer's that assaulted me has threating me. twice since I been back what they going to do to me this time. I explain all this to III Warden Gile He just stated write a lawsuit.

Ground Two: Unfair Treatment

Supporting fact's: Mrs Holland July 20, 2005 Remove over $50 worth of food item from my property Box. There're no limit on how much a inmate could have. she refuse to give item back saying I have to mail them home.
July 14, 2005 Mail Clerk Mrs Brown refuse to give me my mail rejuncting it stating my mail was pen pal mail.

Attachment sheet

There're nothing in the #inmate AiR #408 HandBook saying inmate can+ have a penpal # AR 403 in prison. I'm being Denied to receive mail.

## Relief

(1). Injunction for Denying P.C. 66-500, 503 Violation of an institution person 42 USC 1985  $20,000
Show cause order on All Defendants In Ground one.

(2) Unfair Treatment $5,000
Show cause order on All Defendants In Ground Two.

Attachment sheet

Done this 1 day of August 2005

Respectfully Submitted
Willie Harris
28 USC 1746