Attachment sheet

# Exhibits

1.) Request slip asking to be move out of Dorm around officers or be place in P.C.

2.) Two Request slip one to Captain one to mail clerk about my mail that was rejected because to be penpal.

3.) Rejected mail form from mail clerk

NOTIFICATION OF REJECTED MAIL

DATE: _July 14, 2005_

FROM: VENTRESS CORRECTIONAL FACILITY
INSTITUTIONAL MAIL ROOM

TO: Inmate _Willie Harris_ AIS Number _160192_

CELL/DORM _11_ BED# _____

CORRESPONDENCE FROM: _Hot Girlz Inc._

DATE RECEIVED AT THIS INSTITUTION: _July 14, 2005_
MAIL IS BEING REJECTED DUE TO THE FOLLOWING REASON(S):

1. Inmates are not authorized to receive items through mail without prior approval of the Warden or his/her designee.

2. Inmates are not authorized to correspond with individuals incarcerated in other institutions without prior approval of the Warden.

3. Magazines, books and newspapers must be received directly from the publisher and must be pre-approved and be paid from PMOD account.

4. Photographs not conducive to rehabilitation.

5. Polaroid type pictures are not authorized.

6. All religious correspondence must be approved by the Chaplain and sent "In Care Of" the Chaplain.

(7.) Other _Pen pal are not allowed_

Inmates will have option to return mail to sender at his/her own expense within 30 days or property will be destroyed. You will have seventy two (72) hours to protest this return from the above date. State your reasons(s) for protesting in writing below: (Return to Mail Room) Put in the request slip Box. _It's not a pen pal. It's a company I been written a long time. Why at Bullock prison. Sorry you misstaken it to be pen pal._

_Willie Harris, 160192-A_
Inmate Signature    AIS#

PROTEST DENIED                             Protest Upheld

_____                   _____
PRINTED NAME/AUTHORIZED SIGNATURE          PRINTED NAME/AUTHORIZED SIGNATURE

_____                   _____
Date Returned to Sender                    DATE RETURNED TO INMATE

Annex ca to AR303

# INMATE REQUEST SLIP

Name: **Willie Harris**   Quarters: **N-79**   Date: **7/14/05**

AIS #: **160192**

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problems
( ) Special Visit    ( ) Time Sheet       ( ) Other

**Briefly Outline Your Request- Then Drop in Mail Box**

I'm writing in great hope Captain that I could please see you an personally about my matter. I receive mail 7/14/05 it was refuse because they claim it's a pen pal that wrote me. It's not a penpal, it's a company I been writing along time. Bullock prison forward it to hear. Now I can't receive it because mail room beleive it to be penpal mail.

_Willie Harris_

**Do Not Write Below This Line – For Reply Only**

Warden Parker is the approving authority on rejected mail appeals.

M. Perry Monk COSII

Approved    Denied    Pay Phone    Collect Call

**Request Directed To: (Check One)**

( ) Warden              ( ) Deputy Warden              (X) Captain
( ) Classification Supervisor   ( ) Legal Officer- Notary Public   ( ) Record Office

CAPTAIN

INMATE REQUEST SLIP

Name __Willie Harris__  Quarters __11-79__  Date __7/14/05__

AIS # __160192__

( ) Telephone Call  ( ) Custody Change  (✓) Personal Problems
( ) Special Visit    ( ) Time Sheet      ( ) Other ____

Briefly Outline Your Request- Then Drop in Mail Box

I receive mail from Hot Girls Inc. My mail was held because it misstake's to be penpal mail. Its not penpal at all. Its a company I been writen a long time. But your prison had to forward it hear I'm sorry you believe it to be penpal mail when you receive it but it's not.

_Willie Harris_

Do Not Write Below This Line – For Reply Only

I'm sorry - Here at Fortress it is considered Pen Pal and is not allowed

Mrs. Shurah

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor ( ) Legal Officer- Notary   ( ) Record Office
                                  Public

N176

MAIL ROOM

Name Willie Harris  Quarters 10 B 26  Date 7/26/02

AIS # 160192

( ) Telephone Call     ( ) Custody Change    (✗) Personal Problem
( ) Special Visit      ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request- Then Drop in Mail Box

I'm written asking could I please be move back to 11 Dorm. The Dorm I was place in when I got back to this camp. I've been assault and had use of unnessary force by officer's that work daily in 10 Dorm. I need to be in P.C. Thank you

Do Not Write Below This Line – For Reply Only

Request Denied

_____

Approved         Denied         Pay Phone         Coll(ect)

Request Directed To: (Check One)

(✗) Warden              ( ) Deputy Warden        ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public    ( ) Record(er)

JCS
N176

To whom this Request concern