IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIE HARRIS, #160 192            *

    Plaintiff,                              *

v.                                              * CIVIL ACTION NO. 2:05-CV-732-T

J.C. GILES, *et al.*,                      *

    Defendants.                         *

_____

**O R D E R**

Upon review of the complaint filed on August 4, 2005, and for good cause, it is

ORDERED that within fourteen (14) days of the filing date of this order Plaintiff shall file an amendment to his complaint which:

1. Names those correctional officers who allegedly subjected him to the "use of unnecessary force" on July 1, 2005;

2. Specifically describes how each of these correctional officers violated his constitutional rights. In responding to this directive, Plaintiff shall set forth the facts and circumstances surrounding the alleged us of unnecessary force.

In responding to this order, Plaintiff is advised that he should set forth ***short and plain statements*** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. See Rule 8, *Federal Rules of Civil Procedure*.

Plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 15th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE