Willie Harris 160192 *
   Plaintiff          *
V.                    *
                      * Civil Action No. 2:05-CV-732-T
J.C. Giles, Et al,    *
   Defendants

RECEIVED
2005 AUG 25 A 9:40
[clerk stamp]

## Motion to Amendment

Plaintiff comes Now, Willie Harris Pro, se, in the above style cause plaintiff have reviewed the order which was pass down by this honorable court on August 15, 2005.

Apparently, plaintiff has written (his) complaint in a fashion, where in the date plaintiff was subjected to the use of unnessary force, could be misinterpreted (according to plaintiff writting) as July 1, 2005.

(1) Attachment Sheet

Plaintiff was actually assaulted on January 9, 2004 by Officer Wright, Officer Jones, Officer Sgt. Smith (2nd shift supervisor) and Officer Moses and Officer Brown. (Civil Action No. 205-CV-115-T)

Plaintiff has been sent back to Ventress Correctional Facility (V.C.F.) from Bullock Correctional Facility (B.C.F.) on July 1, 2005

Plaintiff made several pleas to Warden III Giles, Mr. Bruton (classification supervisor) and Mrs. Morris (Plaintiff classification specialist) concerning his safety

Plaintiff has been denied protective custody (P.C.) from the officers, which assaulted (him) on January 9, 2004. such Denial has subjected plaintiff to further bodily harm at the hands of officer Wright, officer Jones, officer Sgt. Smith, officer Moses, and officer Brown (see Complaint Civil Action No. 2:05-CV-732-T). (with Exhibits.)

Plaintiff suffered a broken rib, busted ear drum, many lump on his head, scraps, and bruises which occurred on January 9, 2004. (Civil Action No. 2:05-CV-115-T).

# RELIEF SOUGHT

Plaintiff prays this Honorable Court will place a Temporary restraining order upon the following Department of Correction (D.O.C.) Officer, III Warden Giles, Officer Wright, Officer Jones, Officer Sgt. Smith, Officer Brown, Officer Moses, Mr. Bruton, and Mrs. Morris in order to preserve plaintiff life and/or encountering/prevent any further bodily harm upon plaintiff.

If this is not the proper motion plaintiff humbly ask this Honorable Court to construde it into the proper motion/form, Pro-se

Done this the 22nd day of August 2005

Respectfully Submitted
Willie Harris
Willie Harris
Plaintiff Pro-se

Willie Harris 160152
P.O. Box 767
Clayton AL. 36016

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of August, 2005.

I have mailed a true copy of this motion to Amend to the Clerk of the Court by U.S. mailed first class, postage prepaid. And properly addressed. A copy to WARDEN III Giles by placing said copy in the inmate Request Slip Box located at the Kitchen Entrance door at Ventress Correctional facility.

Respectfully Submitted

Willie Harris
WILLIE HARRIS
Plaintiff Pro-Se