IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv732-T |
| | ) | |
| **J.C. GILES, Warden III,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the request for temporary restraining order, contained in the pleading filed by plaintiff on August 25, 2005 (Doc. No. 5), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 29th day of August, 2005.

                                            /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**