| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name ) _Ollie Mason_ C. Date of Delivery _09-02-05_ |
| 1. _Article Addressed to:_<br>Mrs. Brown, Mail Clerk<br>c/o Ventress Correctional Facility<br>P. O. Box 767<br>Clayton, AL 36016<br><br>05-732 cmp | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? _(Extra Fee)_ ☐ Yes |
| 2. Article Number<br>_(Transfer from service label)_ | 7004 2510 0001 0150 5955 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |