**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. C. Giles, Warden
   c/o Ventress Correctional Facility
   P. O. Box 767
   Clayton, AL 36016

   05-732 cv mp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 09-03-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Transfer from service label): 7004 2510 0001 0150 5993

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540