IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE HARRIS, #160 192 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-732-T |
| J.C. GILES, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

It is ORDERED that Plaintiff's Motion to Amend Complaint (Doc. No. 5) is GRANTED.

DONE, this 7th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE