IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE HARRIS, | ) | |
| AIS # 160192 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-732-T |
| | ) | |
| J.C. GILES, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Come now the Defendants, J.C.GILES, SHARON MCSWAIN-HOLLAND, MARK BRUTON, TANYA MORRIS, AND CHARLOTTE BROWN, in the above styled-cause, by and through undersigned counsel, and respectfully request an additional thirty (30) days, in which to file their special report and as grounds state as follows:

1. That the Defendants need the additional time to obtain the necessary records to sufficiently respond to the Court's Order of September 1, 2005.

2. That the granting of this extension will not unduly prejudice the Plaintiff.

WHEREFORE, the Defendants request an additional thirty (30) days to file their special report.

Respectfully submitted,

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/Greg Biggs
GREG M. BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
301 RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA  36130
334-353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Willie Harris, AIS #160192
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 11th day of October, 2005.

/s/Greg Biggs
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL