IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIE HARRIS, #160 192            *

     Plaintiff,                    *

     v.                            *   CIVIL ACTION NO. 2:05-CV-732-T

J.C. GILES, *et al.*,                *

     Defendants.                   *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension (Doc. No. 14) is GRANTED;

2. Defendants are GRANTED an extension of time from October 11, 2005 to November 10, 2005 to file their answer and written report.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED   STATES   MAGISTRATE   JUDGE