Willie Harris #160192
Plaintiff

v.                              * Civil Action No. 2:05 CV 732-T

J.C. Giles, et al               *
    Defendant's              *

## Changing of Address

Plaintiff come Now, Willie Harris Pro, se in the Above style cause.

I have been tranfer to Another prison I'm noticfing court of my new address.

Done this 21 day of October 2005

Willie Harris
#160192 G3-25T
P.O. Box 56
Elmore AL,
    36025

Respectfully Submitted
Willie Harris
Willie Harris
Plaintiff Pro-se.

## Certificate of Service

I hereby certify that on this the 21 day of October 2005 I have mailed a true copy of this motion Changing of Address to the Clerk of the court by u.s. mailed first Class, postage pre paid. And properly Address.

Done this 21 day of October 2005

Willie Harris
#160192 G325T
P.O. Box 56
Elmore AL. 36025

Respectfully Submitted
Willie Harris
Willie Harris
Plantiff Pro-se.