IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T ) |
| J. C. Giles, et. al., | ) ) |
| Defendants. | ) ) ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Mark Bruton, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Mark Bruton, and I am presently employed as a Classification Supervisor, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on September 2, 2005, inmate Willie Harris, #160192 alleges he wrote me a request explaining that his life was in danger at this prison and that he would like to be placed in P.C. until he could be transferred. He stated that we refused to look into the matter.

Inmate Willie Harris did not write to me on that date. Inmate Harris wrote to Ms. Tanya Morris, Classification Specialist on that date. As Ms. Morris' Supervisor, Ms. Morris brought the request slip to me for my advice. Ms. Morris


DEFENDANT'S EXHIBIT A

Page 2
Affidavit – Mark Bruton

brought the request slip to me on July 6, 2005. In the request slip, inmate Harris asked that Ms. Morris see him. Inmate Harris never asked for protective custody or a transfer in the request slip. Inmate Willie Harris did state that he felt his life was in danger and the officer might set him up. Inmates being placed in segregation is a security issue, not a classification issue, therefore, I notified Lt. Taylor, Second Shift Commander of Inmate Willie Harris' concern. I then wrote on Inmate Harris' request slip that Second Shift Lt. Taylor was notified on July 6, 2005 and signed the request slip with my initials MSB. A copy of the request slip was placed in Inmate Harris' institutional file and the answered request slip was sent back to inmate Harris. (See attached copy of request slip)

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

_____  9/13/05
Mark Bruton          Date


State of Alabama    )

Barbour County     )

Sworn to and subscribed before me this 13th day of September, 2005

_____
Notary Public
My Commission Expires: 9-8-08

# INMATE REQUEST SLIP

Name: Willie Marks  AIS #: 160152  Quarters: U-75  Date: 8/5/06

( ) Telephone Call  ( ) Custody Change  ( ) Personal Problem
( ) Special Visit   ( ) Time Sheet      ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Mrs. Morris in death hype that you would please see me about my matter. I was C-51 from this camp. I was assaulted and ribs was broken from officers out of this camp. It was my life is in danger. I have a suit in court. If because I won't anything I don't suppose to have will be say up by these

**Do Not Write Below This Line - For Reply Only**

Inf. Shift Lt L. Ydr Notified 7/6/06

Approved ____ Denied _____ [signature]

Request Directed To: (Check One)
( ) Warden          ( ) Deputy Warden   ( ) Captain
(X) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

N176

Mrs. Morris