IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T |
| | ) |
| J. C. Giles, et. al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one J. C. Giles, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is J. C. Giles, and I am presently employed as a Warden III, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on September 2, 2005, inmate Willie Harris, #160192 alleges that on July 21, 2005 he talked with me on the yard and that I did not answer his request slip stating he feared for his life at this prison because of the officers that work in the dorms.

I do not recall talking with Inmate Harris on the yard and if I had talked to him or received a request slip from Inmate Harris stating he feared for his life, I would have placed him in protective custody at that time.



DEFENDANT'S EXHIBIT B

Page 2
Affidavit – J. C. Giles

Inmate Willie Harris, #160192 also alleges that he explained to me on the yard that officers were threatening to assault him and that I told him to write a lawsuit.

I do not recall talking with Inmate Harris on the yard on this date and have not instructed him to file a lawsuit at any time.

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

J.C. Giles     9-9-05
J.C. Giles          Date

State of Alabama  )

Barbour County   )

Sworn to and subscribed before me this 9th day of September, 2005

Reba J Currie
Notary Public
My Commission Expires: 9-9-08