IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) CIVIL ACTION NO.2:05-CV-732-T | |
| ) | |
| J. C. Giles, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one J. C. Giles, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is J. C. Giles, and I am presently employed as a Warden III, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

On October 18, 2005, I, Warden J. C. Giles transferred inmate Willie Harris, B/160192 to Staton Correctional Facility. The reason for this transfer was to resolve the many complaints that Inmate Harris had concerning his dislike for Ventress Correctional Facility and the entire staff. Inmate Harris arrived at Ventress Correctional Facility on July 1, 2005 and complained to me about wanting to be transferred, this continued until I decided for the betterment of


DEFENDANT'S EXHIBIT C

Page 2
Affidavit – J. C. Giles

Ventress Correctional Facility as well as Inmate Harris to transfer him to another Level Four Institution.

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

J.C. Giles       10-21-05
                 Date

State of Alabama  )

Barbour County    )

Sworn to and subscribed before me this 21st day of October, 2005

Notary Public
My Commission Expires: 9-8-08