IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T |
| J. C. Giles, et. al., | ) ) ) |
| Defendants. | ) ) ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Tanya Morris, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Tanya Morris, and I am presently employed as a Classification Specialist, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on September 2, 2005, inmate Willie Harris, #160192 alleges he wrote me a request explaining that his life was in danger at this prison and that he would like to be placed in P.C. until he could be transferred. He stated that we refused to look into the matter.

On July 6, 2005, I received a request slip from Inmate Harris dated July 5, 2005 asking me to see him. Inmate Willie Harris stated that he felt his life was in danger from officers. I immediately took this request slip to Mr. Mark Bruton,


DEFENDANT'S EXHIBIT D

Page 2
Affidavit – Tanya Morris

Classification Supervisor, to ask for his opinion. Mr. Bruton advised me that this was a security issue. Mr. Bruton stated that he would notify security of the accusation and would answer the request slip. This is all the knowledge I have on this complaint. A copy of the request slip is attached.

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

_Tanya Morris_    9/9/05
Tanya Morris        Date

State of Alabama   )

Barbour County    )

Sworn to and subscribed before me this 9th day of September, 2005

_Reba J Currie_
Notary Public
My Commission Expires: 9-08-08

# INMATE REQUEST SLIP

**Name** Williechaels  **AIS #** 160153  **Quarters** 11-75  **Date** 6/5/06

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other

**Briefly Outline Your Request** - Then Drop In Mail Box

I am trying to let hype that you would please see me about my matter. I was C-51 from this camp. I was assaulted and ribs was broken from officers out of this camp. Files my life is in danger. Have a bud w/court if becaught w/anything I don't suppose to have will be set up by these officer's [signature]

---

**Do Not Write Below This Line - For Reply Only**

2nd shift ct-y D/r Notified 7-6-5 [signature]

**Approved**    **Denied** [signature]    **Day Phone**    **Collect Call**

**Request Directed To:** (Check One)
( ) Warden           ( ) Deputy Warden              ( ) Captain
(X) Classification Supervisor  ( ) Legal Officer - Notary Public   ( ) Record Office

N176    Mrs. Morris