IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T |
| | ) |
| J. C. Giles, et. al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Sharon McSwain-Holland, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Sharon McSwain-Holland, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on September 2, 2005, inmate Willie Harris, #160192 alleges that on July 20, 2005, Lt. Holland removed over $50 worth of food items from his property box. Inmate Harris stated there is no limit on how much an inmate can have and that he was instructed by me to mail the items home.


DEFENDANT'S EXHIBIT E

Page 2
Sharon McSwain-Holland

    On July 20, 2005, I, Lt. Sharon McSwain-Holland confiscated forty-seven (47) store items from Inmate Willie Harris, B/M, #160192. (See attached property sheet) Inmate Harris was unable to provide a store slip or property sheet to validate possession of these items. Inmate Willie Harris admitted to me that he had won these items by wages of gambling. I verbally reprimanded Inmate Harris for his negative behavior. I inventoried the property and filled out the property form in the presence of Inmate Harris. Inmate Harris signed the form and was instructed to send the confiscated property home within 30 days of confiscation. The property was secured in the Inmate Control Services (ICS) property room. All the items taken from Inmate Harris were contraband, solely because Inmate Harris did not legitimately obtain the confiscated items. At no point have I treated Inmate Harris unfairly or disrespectfully. The action taken against Inmate Harris is enforced regarding all inmates that I supervise and detect violating institutional or departmental policies. I am a well-trained and professional Correctional employee capable of supervising inmates firmly and fairly.

    The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

_____
Sharon McSwain-Holland

Page 3
Affidavit -- Sharon McSwain-Holland

State of Alabama   )

Barbour County   )

Sworn to and subscribed before me this 13th day of September, 2005

*Reba J Currie*
Notary Public
My Commission Expires: 4-8-08

INSTITUTION: Ventress Care Facility

INMATE: Willie Harris B/160192   DATE: 7-20-05

___ 1. BIBLE (1)
___ 2. STATIONARY/STAMPS
___ 3. PENCIL (1)
___ 4. SOCKS - WHITE (6 pr.)
___ 5. UNDERSHIRTS/UNDERWEAR - WHITE (6)
___ 6. HANDKERCHIEFS (6)
___ 7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS
___ 8. LEGAL PAPERS
___ 9. TENNIS SHOES - WHITE (1 pr.)
___ 10. SHOWER SHOES (1 pr.)
___ 11. RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS
___ 12. WALLET (1)
___ 13. WRIST WATCH (1) - $25.00 VALUE OR LESS
___ 14. WEDDING BAND (1) - $50.00 VALUE OR LESS
___ 15. RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN
___ 16. BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED)

**DECLARATION OF VALUE**

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $ 0   WRIST WATCH $ 0   WEDDING BAND $ 0

N/A (INMATE SIGNATURE)   N/A (WITNESS)

**PROPERTY STORED IN THE RECEIVING AREA:**

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

(8) eight - Vegetable Soups
(8) eight - Chicken Soups
(2) two - Chocolate Chip Cookies
(1) one - Lemon Cookies
(1) one - Peanut Butter Cookies
(12) twelve - Cheese Crackers
(7) seven - Corn Chips
(3) three - Cheese Curls
(2) two - Honeybuns
(1) one - Cinnamon Roll
(1) one - 4oz pack Kool Aid
(1) one - pack of Popcorn

Willie Harris 160192 (INMATE SIGNATURE)   [signature] (WITNESS)

(See reverse side for instructions)

N795
Rev. 6/9/83