IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Willie Harris, #160192                  )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )
                                        ) CIVIL ACTION NO.2:05-CV-732-T
J. C. Giles, et. al.,                   )
                                        )
        Defendants.                     )
                                        )
                                        )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Charlotte Brown, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Charlotte Brown, and I am presently employed as a ASAII, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on September 2, 2005, inmate Willie Harris, #160192 alleges that I refused to give him his mail rejecting it stating that his mail was from pen pal. .

I, Charlotte Brown have no knowledge of any rejected mail for Inmate Willie Harris, #160192. I am not the Mail Clerk at Ventress Correctional Facility.



DEFENDANT'S
EXHIBIT

F

Page 2
Affidavit – Charlotte Brown

The above-related facts are the entirety of my involvement with Inmate Harris #160192 regarding these allegations.  I deny that I have violated any of his constitutional rights.

_Charlotte Brown_  9/9/05
Charlotte Brown          Date


State of Alabama   )

Barbour County    )

Sworn to and subscribed before me this __9th__ day of September, 2005

_Reba J Currie_
Notary Public
My Commission Expires: _9-8-08_