IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T ) |
| J. C. Giles, et. al., | ) ) |
| Defendants. | ) ) ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Mary R. Taylor, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Mary R. Taylor, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint, inmate Willie Harris, #160192 alleges that he was in danger at Ventress and no one would place him in P.C. or transfer him out of Ventress. Mr. Bruton states in his affidavit that he notified me of this problem with inmate Willie Harris.



DEFENDANT'S EXHIBIT G

Page 2
Affidavit – Mary R. Taylor

I, Mary R. Taylor do not recall a phone conversation with Mr. Bruton concerning inmate Willie Harris on this date and never saw the request slip.

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

_____  10-12-05
Mary R. Taylor          Date


**State of Alabama** )

**Barbour County** )

Sworn to and subscribed before me this _12th_ day of October, 2005.

_____
Notary Public
My Commission Expires: 9-2-08