IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Harris, #160192 | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.2:05-CV-732-T |
| J. C. Giles, et. al., | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Linda Shirah, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Linda Shirah, and I am presently employed as a Staff Accountant (Business Manager) with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint, inmate Willie Harris, #160192 alleges that he was denied mail that came to Ventress for him from Hot Girlz and that we had denied it stating it was from Pen Pals.


DEFENDANT'S EXHIBIT H

Page 2
Affidavit – Linda Shirah

I, Linda Shirah as Business Manager do not recall seeing this document but I do have a copy of the notification of rejected mail form that was sent to Willie Harris, #160192 on July 14, 2005 that was in our files. The mail is held for 30 days and then destroyed if not sent home. That is the case with this item. The mail that Willie Harris #160192 had was from Hot Girlz, Inc. which is classified as Pen Pal material. We have been instructed and have a memo from Institutional Coordinator, Royzell Hightower dated January 22, 2002 (see attached) that states that we not allow this type of mail into the facility due to the fact that it could cause security problems but would likely result in an increase in mail volume which our already taxed mail room staff cannot handle.

The above-related facts are the entirety of my involvement with Inmate Harris regarding these allegations. I deny that I have violated any of his constitutional rights.

_____  10/25/05
Linda Shirah            Date


State of Alabama   )

Barbour County   )

Sworn to and subscribed before me this 25th day of October, 2005.

_____
Notary Public
My Commission Expires: 9-8-08

NOTIFICATION OF REJECTED MAIL

DATE: *July 14, 2005*

FROM: VENTRESS CORRECTIONAL FACILITY
INSTITUTIONAL MAIL ROOM

TO:   Inmate *Willie Norris*   AIS Number *160192*

CELL/DORM *11* BED# _____

CORRESPONDENCE FROM: *Hot Girlz Inc.*

DATE RECEIVED AT THIS INSTITUTION: *July 14, 2005*
MAIL IS BEING REJECTED DUE TO THE FOLLOWING REASON(S):

1. Inmates are not authorized to receive items through mail without prior approval of the Warden or his/her designee.

2. Inmates are not authorized to correspond with individuals incarcerated in other institutions without prior approval of the Warden.

3. Magazines, books and newspapers must be received directly from the publisher and must be pre-approved and be paid from PMOD account.

4. Photographs not conducive to rehabilitation.

5. Polaroid type pictures are not authorized.

6. All religious correspondence must be approved by the Chaplain and sent "In Care Of" the Chaplain.

(7.) Other *Pen pal are not allowed*

Inmates will have option to return mail to sender at his/her own expense within 30 days or property will be destroyed. You will have seventy two (72) hours to protest this return from the above date. State your reasons(s) for protesting in writing below: (Return to Mail Room) Put in the request slip Box. *It's not a pen pal. It's a company I been written a long time why at Bullock prison. Sorry you misstaken it to be pen pal.*

*Willie Norris, 160192-A*
Inmate Signature    AIS#

PROTEST DENIED                              Protest Upheld

_____                  _____
PRINTED NAME/AUTHORIZED SIGNATURE           PRINTED NAME/AUTHORIZED SIGNATURE

_____                  _____
Date Returned to Sender                     DATE RETURNED TO INMATE

Annex ca to AR303



**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

DON SIEGELMAN
GOVERNOR

MICHAEL W. HALEY
COMMISSIONER

January 22, 2002

## MEMORANDUM

TO: Wardens of Major Institutions

FROM: Royzell Hightower, Institutional Coordinator

SUBJ: Commercial Pen Pal Lists

    Warden Nagle has conducted some research into the above subject matter and filed the attached report. It is my recommendation that these type lists should not be allowed into the facilities. Please instruct your mail clerks to reject any such list which could not only cause security problems, but would likely result in an increase in mail volume which our already taxed mail room staff cannot handle.

    Your assistance in this matter is appreciated.

RH/fc

cc: Greg Lovelace, Deputy Commissioner

*Mr. Bell, Mail Room*
*Please note that on authority of this memo you are to return all such correspondence to the sender.*
*1/24/02*

P. O. Box 301501
Montgomery, AL 36130-1501

Telephone 334-353-3883
Fax 334-353-3891

101 South Union Street
Montgomery, AL 36104

TOTAL P.01