**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Harris v. Giles et al
      Civil Action No.   Harris v. Giles et al 2:05-cv-00732-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now   *2:05-cv-00732-WKW*.

This new case number should be used on all future correspondence and pleadings in this action.