IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE HARRIS, #160192, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-732-WKW |
| | ) |
| J. C. GILES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 10, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

Done this 31st day of January, 2006.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE